**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **RASUL TAGIROV,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-003-JD** |
| | ) | |
| **PAMELA BONDI, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ENTER ORDER:**

Doc. 8 includes two pages (ECF pages 19-20) that should have been included with the Amended Petition, Doc. 7.  Accordingly, the Clerk of Court is instructed to file ECF pages 19-20 in Doc. 8 as a supplement to the Amended Petition, Doc. 7.

ABOVE ORDER ENTERED BY DIRECTION OF UNITED STATES MAGISTRATE JUDGE CHRIS M. STEPHENS.

JOAN KANE, Clerk


By:  /s/ Andrea Caster


Date:    January 28, 2026