**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| RASUL TAGIROV,                                )<br><br>          Petitioner,                           )<br><br>v.                                                      )<br><br>PAMELA BONDI, et al.,                   )<br><br>          Respondents.                       ) | Case No. CIV-26-003-JD |

**ORDER**

Before the Court is Respondents' Motion to Stay Deadline for Response Pending Resolution of Next Friend Status ("Motion").  Doc. 13.  For the reasons stated below, the Motion is **DENIED**.

## I.    Background and Analysis

On January 2, 2026, Petitioner filed his original petition, which was signed by Jacob Shidaev as a purported "Friend for Petitioner."  Doc. 1 at 24; *see also* Doc. 1-1 at 1 (Mr. Shidaev's Declaration as Petitioner's "Next Friend").  On January 6, 2026, the Court ordered Petitioner to "file an amended petition signed either (1) by a licensed attorney or, (2) should he wish to proceed pro se, by himself personally" in part, because Mr. Shidaev did not qualify as Petitioner's "Next Friend."  Doc. 5 at 1, 4.  On January 27, 2026, Petitioner timely filed an Amended Petition signed by Petitioner.  Doc. 7.  On January 28, 2026, a supplement to the Amended Petition was filed to include Petitioner's signature page.  Doc. 10.

On January 29, 2026, the Court ordered Respondents to respond to Petitioner's operative Petition not later than February 12, 2026. Doc. 11 at 1 (ordering Respondents to file an answer or other response to Petitioner's "amended Petition for Writ of Habeas Corpus and [] Supplement" and citing Docs. 7, 10).[1]

In the Motion, Respondents "ask the Court to determine Mr. Shidaev's next friend status before they respond to the Petition." Doc. 13 at 2. However, the Court has already addressed Mr. Shidaev's next friend status, finding Mr. Shidaev did not qualify as Petitioner's next friend, before ordering Respondents to respond to the Petition. Doc. 5. Accordingly, there is no remaining issue pending that would require a stay of Respondents' deadline.

## II.    Conclusion

Respondents' Motion to Stay Deadline for Response Pending Resolution of Next Friend Status, Doc. 13, is **DENIED**. Respondents shall respond to Petitioner's operative Petition—which includes Docs. 7 and 10—not later than February 12, 2026.

**IT IS SO ORDERED** this 10th day of February, 2026.

CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court acknowledges that staff notes on the Court's electronic docket indicate that Doc. 1 was inadvertently sent to Respondents along with the Order for Response, Doc. 11, rather than Docs. 7, 10. However, the Order for Response, Doc. 11, clearly states that Respondents must respond to the amended Petition and Supplement (together the "Petition") and cites Docs. 7, 10. Doc. 11 at 1.